United States District Court
Southern District of Texas
**ENTERED**
January 16, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TESHA ALSHREET,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:22-CV-157** |
| § | |
| **FIESTA MART, LLC,** § | |
| § | |
| Defendant. § | |
| § | |

## FINAL JUDGMENT

Plaintiff Tesha Alshreet brought this suit against Fiesta Mart, LLC, bringing claims for negligence, gross negligence, and premises liability. In a hearing held on January 12, 2024, the Court dismissed the case with prejudice.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 16th day of January, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE